# ORDER OF MULTIDISTRICT LITIGATION PANEL

Order Pronounced September 10, 2008

### THE STAY IN THE FOLLOWING MOTION TO TRANSFER IS LIFTED:

08-0208        IN RE  HURRICANE RITA HOMEOWNERS' CLAIMS

On May 21, 2008 this Panel extended an order staying proceedings in the cases listed in attached exhibit.  That order is lifted and the stay order is dissolved.

_____

Blake Hawthorne,
Multidistrict Litigation Panel Clerk

ALL CONCUR